United States District Court
Southern District of Texas

**ENTERED**

November 22, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, *as Trustee (the Trustee) for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2007-RAMP1* | § § § § § |  |
| Plaintiff, | § § |  |
| VS. | § § | CIVIL ACTION NO. H-15-3757 |
| ZAHEER BABAR and MONICA BABAR, | § § § |  |
| Defendants. | § |  |

### ORDER GRANTING JOINT MOTION TO ABATE
### AND ADMINISTRATIVELY CLOSING CASE

The joint motion to abate this action filed by Plaintiff HSBS Bank USA, National

Association, as trustee (the Trustee) for Deutsche Alt-A Securities**,** Inc., Mortgage Loan Trust and

Defendants Zaheer and Monica Babar, (Docket Entry No. 35), is granted. This action is stayed and

administratively closed until February 21, 2017. This case may be reinstated to the active docket by

motion filed on or before February 21, 2017.

SIGNED on November 22, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge